UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DWIGHT SHELTON, | ) | No. CV 24-1249-WLH (JPR) |
| Petitioner, | ) | ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| v. | ) | |
| BRYAN BIRKHOLZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1. The Petition is dismissed without prejudice.
2. Judgment be entered consistent with this order.
3. The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: September 24, 2024

WESLEY L. HSU
U.S. DISTRICT JUDGE