JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DWIGHT SHELTON,

        Petitioner,

   v.

BRYAN BIRKHOLZ, Warden,

        Respondent.

Case No. CV 24-1249-WLH (JPR)

**JUDGMENT**

    Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: September 24, 2024

WESLEY L. HSU
U.S. DISTRICT JUDGE